DC#CA:
95-75
J-Lisi

CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

---

No. 05-2448

GIOVANNI LARA,

Petitioner,

v.

UNITED STATES,

Respondent.

---

Before

Lynch, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: October 13, 2005

Giovanni Lara seeks permission to file a second or successive motion pursuant to 28 U.S.C. § 2255. In support of that request, he relies upon "newly discovered evidence" in the form of a letter from the Prisoners Self Help Legal Clinic (PSHLC) in Newark, New Jersey, responding to his co-defendant's request for demographic data about Rhode Island. The evidence is proffered in support of the fair cross-section claim which was rejected by the district court and on direct appeal. See United States v. Lara, 181 F.3d 183, 191 (1st Cir. 1999). Lara's proffer is insufficient to satisfy the tripartite showing under Duren v. Missouri, 439 U.S. 357, 364 (1979). Moreover, Lara has not satisfied his burden of making a prima facie showing that the "newly discovered evidence [], if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense." § 2255. It also appears that the § 2255 motion based upon the new evidence would be untimely, as the present application

was filed two years after the date that the evidence was provided to Lara's co-defendant.

Lara's request to file a second or successive § 2255 motion is denied.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________

Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA

By [signature] Date 10/13/05

[Cert. cc: Hon. Mary M. Lisi and David A. DiMarzio, Clerk, U.S.D.C. of Rhode Island, cc: Messrs: Lara, Sullivan and Lockhart]